IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| MICHELLE ANN KOLLAR, | ) | CASE NO. 4:13CV2779 |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE KATHLEEN B. BURKE |
| COMMISSIONER OF SOCIAL, SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) | **JUDGMENT ENTRY** |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on December 18, 2014, the final decision of the Commissioner is **AFFIRMED.**

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: December 18, 2014

_____
Kathleen B. Burke
United States Magistrate Judge